Armando Cervantes **MENESES,** Petitioner,

v.

Alberto R. **GONZALES,** Attorney General, Respondent.

No. 05–74535.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Armando Cervantes Meneses, Eloy, AZ, pro se.

Ronald E. Lefevre, Chief Counsel, District Director, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Cynthia M. Parsons, Office of the U.S. Attorney, Phoenix, AZ, for Respondent.

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

Patricia **MARTINEZ–RAMIREZ,**
Petitioner,

v.

Alberto R. **GONZALES,** Attorney
General, Respondent.

No. 05–73408.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Before: T.G. NELSON, SILVERMAN, and BYBEE, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**